# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE COLMAN FAMILY REVOCABLE LIVING TRUST, DATED JUNE 23, 2011.

No. 75029

PAUL VALER COLMAN, TRUSTEE OF THE COLMAN FAMILY LIVING TRUST, DATED JUNE 23, 2011; AND THE COLMAN FAMILY REVOCABLE LIVING TRUST, DATED JUNE 23, 2011,
Appellants,
vs.
TONYA COLLIER,
Respondent.

FILED

APR 1 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal filed on February 16, 2018, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A. B___

cc: Hon. Gloria Sturman, District Judge
TCM Law
Rushforth Lee & Kiefer LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-14315